RICHARD E. NOSKY, JR., City Attorney
State Bar No. 130726
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK BOBO, ) | CASE NO. 2:09-CV-00753-WBS-GGH |
| Plaintiff, ) | |
| vs. ) | **STIPULATION EXTENDING EXPERT DISCLOSURE, ETC.; ORDER** |
| CITY OF STOCKTON, a Municipal Corporation; et al., ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that the time to disclose experts is extended to March 11, 2010, and the time for disclosure of rebuttal experts is extended to April 15, 2010. The date to complete all other discovery shall remain as ordered by the court.

Dated: November 17, 2009        RICHARD E. NOSKY, JR.
                                CITY ATTORNEY

                                BY/s/ *Shelley L. Green*
                                   SHELLEY L. GREEN
                                   ASSISTANT CITY ATTORNEY

                                Attorneys for Defendants

///

///

1

STIPULATION EXTENDING EXPERT DISCLOSURE, ETC.; ORDER

1  Dated: November 17, 2009           LAW OFFICE OF STEVEN R. YOURKE

2
                                     BY/s/ *Steven R. Yourke*
3                                       STEVEN R. YOURKE

4                                    Attorney for Plaintiff

5

6                               **ORDER**

7       IT IS SO ORDERED.

8  Dated: December 3, 2009

9
                           WILLIAM B. SHUBB
10                         UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING EXPERT DISCLOSURE, ETC.; ORDER